# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES D. SILVER, solely in his capacity as Receiver for NEXSTAR COMMUNICATIONS, LLC; TMT EQUIPMENT COMPANY, LLC; TMT MANAGEMENT GROUP, LLC; POSA, LLC; POSA TMT, LLC; TELEVEST COMMUNICATIONS, LLC; TELEVEST GROUP, LLC; and SPIN DRIFT, LLC,**

          **Plaintiff,**

**-vs-**                                             **Case No.  6:07-cv-1670-Orl-31DAB**

**PAUL A. HOFFMAN,**

          **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO STRIKE (Doc. No. 64)**
>
> **FILED:**      September 18, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice to renewal, if appropriate.

The stay granted on September 23, 2008 has expired.  As the parties have previously reported settlement, but have not filed a motion to approve the settlement or extend the stay, the parties are **directed** to file a status report regarding the settlement, within five days of the date of this Order.  The

pending motion is denied as likely moot, but without prejudice to renewal, should circumstances warrant.

**DONE** and **ORDERED** in Orlando, Florida on October 8, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties